
MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000

Attorneys for defendants
Hunt & Henriques, Janalie A. Henriques,
Michael S. Hunt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. HOROWITZ,<br><br>Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES, A CALIFORNIA LAW PARTNERSHIP, MICHAEL S. HUNT, JANALIE A. HENRIQUES<br><br>Defendants. | CASE NO.: **'11CV0954 DMS NLS**<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Hunt & Henriques, a California partnership, Michael S. Hunt, a natural person residing in California, and Janalie Henriques, a natural person residing in California (collectively the "Defendants"), hereby remove to this Court the state court action described below.

1. On March 18, 2011, a complaint was filed against Defendant by plaintiffs Nicholas A. Horowitz (the "Plaintiff"), in an action pending in the small claims division of the Superior Court of the State of California in and for the County of San Diego, entitled *Horowitz., v. Hunt & Henriques, et al.*, Case No. 37-2011-00011849-SC-SC-NC. A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was first made aware of the Complaint on April 8, 2011.

## JURISDICTION

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint asserts federal claims against Defendant allegedly arising under 15 U.S.C. § 1692, *et seq.* (the Fair Debt Collection Practices Act). *See* Exhibit A, at 2.

## VENUE

4. The Complaint was filed in the Superior Court of the State of California, County of San Diego. Venue in this District Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending).

5. Defendants are represented by the undersigned.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2011 | SIMMONDS & NARITA LLP |
| 2 | | MICHAEL R. SIMMONDS |
| | | ARVIN C. LUGAY |

By: _____
Arvin C. Lugay
Attorneys for defendants
Hunt & Henriques, Janalie Henriques,
Michael S. Hunt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOROWITZ V. HUNT & HENRIQUES, ET AL. (CASE NO.: )
NOTICE OF REMOVAL                                                                          2